◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

JING REN CHEN (aka Baozhong Li) and
LIMING YU,
                Plaintiffs,
V.
CITY OF NEW YORK, POLICE OFFICER JAMES
MALONE (Tax Registry # 935236; Shield # 31420),
POLICE OFFICER JOSEPH McGOVERN (Shield #
01278), POLICE OFFICER LARS FRANTZEN (Tax
Registry # 936615; Shield # 30801), POLICE
OFFICER WILLIAM MUGNO (Shield # 1366), POLICE
OFFICER JOHN DOE 1, POLICE OFFICER JOHN
DOE 2, POLICE OFFICER JOHN DOE 3, POLICE
OFFICER JOHN DOE 4, POLICE OFFICER JOHN
DOE 5, and POLICE OFFICER JANE DOE,
                Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2008 CIV. 08 CV 6479

TO: (Name and address of Defendant)

    See attached list of Defendants.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Donald E. Cameron, Esq.
    139 Fulton Street
    Suite 903
    New York, New York 10038

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON          JUL 21 2008

CLERK                                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                    Signature of Server

                                        _____
                                        Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 07/22/08, approximately 12:35 p.m. |
| NAME OF SERVER (PRINT) Judith E. Stein | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

RE: Defendant Joseph McGovern (Shield # 01278)

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left copies of summons & complaint for Def. with a person of suitable age & discretion (ie, PO Guerriero, Shield #16349, male, white, brown hair, approx. 30-35 yrs. old), at approx. 12:35 pm on 7/22/08, at Def's actual place of business (ie, NYCPD, MTN Pct., 306 W 54 St, NY, NY 10019); & also mailed copies of summons & complaint to Def. by 1st class mail in an envelope properly sealed & addressed with sufficient postage affixed thereto & indicating the legend "Personal and Confidential" on said envelope on 7/22/08. The outside of said envelope did not indicate that the envelope was from an attorney or concerned a legal matter. *

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/22/2008
           Date

S/ Judith E. Stein, Esq.
*Signature of Server*
Judith E. Stein, Esq. (JS4531)

139 Fulton Street, Suite 903, New York, NY 10038
*Address of Server*

* Also simultaneously served in same manner the following: copies of the Civil Cover Sheet and the "Electronic Case Filing Rules & Instructions."

S/ Judith E. Stein, Esq. (JS4531)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**ATTACHMENT SHEET** for "Summons in a Civil Action" in
<u>Jing Ren Chen (aka Baozhong Li) and Liming Yu v. City of New York, Police Officer James Malone (Tax Registry # 935236; Shield # 31420), Police Officer Joseph McGovern (Shield # 01278), Police Officer Lars Frantzen (Tax Registry # 936615; Shield # 30801), Police Officer William Mugno (Shield # 1366), Police Officer John Doe 1, Police Officer John Doe 2, Police Officer John Doe 3, Police Officer John Doe 4, Police Officer John Doe 5, and Police Officer Jane Doe</u>, U.S.D.C. - S.D.N.Y., 2008 CIV. 6479

**TO:** (Names and Addresses of Defendants)

CITY OF NEW YORK
Corporation Counsel
100 Church Street
New York, New York 10007
New York County

POLICE OFFICER JAMES MALONE (Tax Registry # 935236; Shield # 31420
New York City Police Department
14th Precinct - Mid-Town South Precinct
357 West 35th Street
New York, New York 10001
New York County
(Last known address: Resigned 11/01/07)

POLICE OFFICER JOSEPH McGOVERN (Shield # 01278)
New York City Police Department
18th Precinct - Mid-Town North Precinct
306 West 54th Street
New York, New York 10019
New York County

POLICE OFFICER LARS FRANTZEN (Tax Registry # 936615; Shield # 30801)
New York City Police Department
14th Precinct - Mid-Town South Precinct
357 West 35th Street
New York, New York 10001
New York County

POLICE OFFICER WILLIAM MUGNO (Shield # 1366)
New York City Police Department
14th Precinct - Mid-Town South Precinct
357 West 35th Street
New York, New York 10001
New York County
(Last known address: Resigned 12/25/07)

POLICE OFFICER JOHN DOE 1

POLICE OFFICER JOHN DOE 2

POLICE OFFICER JOHN DOE 3

POLICE OFFICER JOHN DOE 4

POLICE OFFICER JOHN DOE 5

POLICE OFFICER JANE DOE